

IN THE
TENTH COURT OF APPEALS

————————

No. 10-11-00057-CV

IN RE KAREN SCHWAN SCHECHTER

————————

Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied, and Relator's motion for emergency relief is dismissed as moot.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed February 28, 2011
[OT06]